# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EDDIE JOE BUSH,

    Plaintiff,

v.

STEVEN M. GOFF,

    Defendant.

CASE NO. C07-5636-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's Motion for a Certificate of Appealability ("COA"). (Dkt. No. 12.) The Court may issue a COA only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard requires that the petitioner "demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983) (alteration in original); *accord Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner had demonstrated none of these things, therefore, his motion is DENIED.

MINUTE ORDER – 1

DATED this 29th day of August, 2008.

BRUCE RIFKIN, Clerk of Court

By */s/ T. Scott*
Deputy Clerk

MINUTE ORDER – 2